UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Frost</u>

       v.                                      Case No. 05-cv-225-SM

<u>Jo Anne B. Barnhart, Commissioner,</u>
<u>U.S. Social Security Administration</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 21, 2007, no objection having been filed. The Commissioner's Motion to Affirm the Decision is granted, and the claimant's motion to reverse the decision of the Commissioner is denied. The Clerk of Court shall enter judgment in accordance with this Order and close the case.

SO ORDERED.

April 12, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:    Vicki S. Roundy, Esq.
        David L. Broderick, AUSA